IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CORRY RONDEL REAMS,            )
                               )
          Petitioner,          )
                               )     1:19-cr-525-7
     v.                        )     1:22-cv-459
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )
```

**ORDER**

The matter is before this court for review of the Recommendation ("Recommendation") filed on July 26, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 416.) In the Recommendation, the Magistrate Judge recommends that the Government's Motion to Dismiss should be granted. The Recommendation was served on the parties in this action on July 26, 2024. (Doc. 417.) Petitioner timely filed objections, (Doc. 419), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 416), is **ADOPTED. IT IS FURTHER ORDERED** that the Government's Motion to Dismiss, (Doc. 387), is **GRANTED,** and Petitioner's Corrected Motion under 28 U.S.C. to Vacate, Set Aside, or Correct Sentence, (Doc. 371), is **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 5th day of November, 2024.

_____
United States District Judge

- 2 -

Case 1:19-cr-00525-WO   Document 423   Filed 11/05/24   Page 2 of 2